**大成 DENTONS**

Rebecca Stark
Associate

Rebecca.stark@dentons.com
D   +1 212-398-7614

Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
United States

dentons.com

September 9, 2024

SO ORDERED:

9/10/2024

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

**VIA ECF**

The Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Toro v. Odin Parker, LLC*, Case No. 1:24-cv-01259-JHR-RWL

Dear Judge Lehrburger:

We represent Defendant Odin Parker, LLC. ("Defendant") in the above-referenced matter. Together with counsel for Plaintiff, we jointly and respectfully move this Court to extend the stay of all case deadlines in this action, granted on July 26, 2024 (Dkt #18), from September 9, 2024 to September 27, 2024.

The parties are finalizing their efforts to bring about the voluntary dismissal of all claims asserted in this action, and they anticipate that said dismissal will be filed no later than September 27, 2024.

Respectfully submitted,

*/s/ Rebecca A. Stark*
Rebecca A. Stark

cc:   All counsel of record (by ECF)

Sirote ► Adepetun Caxton-Martins Agbor & Segun ► Davis Brown ► East African Law Chambers ► Eric Silwamba, Jalasi and Linyama ► Durham Jones & Pinegar ► LEAD Advogados ► Rattagan Macchiavello Arocena ► Jiménez de Aréchaga, Viana & Brause ► Lee International ► Kensington Swan ► Bingham Greenebaum ► Cohen & Grigsby ► Sayarh & Menjra ► For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms