**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ANDREW TORO, on behalf of himself and all others similarly situated,

                Plaintiffs,

          -against-

Odin Parker, LLC,

                Defendant.

Case No: 1:24-cv-01259-JHR-RWL

**STIPULATION OF DISMISSAL**
**WITH PREJUDICE**

       **IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, Odin Parker, LLC, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:   Jericho, New York
          September 27, 2024

New York, New York
September 27, 2024

**MARS KHAIMOV LAW, PLLC**

By: _____

Mars Khaimov, Esq.
100 Duffy Ave., Suite 510
Hicksville, NY 11801
mars@khaimovlaw.com
*Attorneys for Plaintiff*

**DENTONS US LLP**

By: _____

Rebecca Stark, Esq.
1221 Avenue of the Americas
New York, NY 10020
Rebecca.stark@dentons.com
*Attorneys for Defendant*